IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| KEDRIEN BOOKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-129-RWS-JBB |
| | § | |
| FNU HARRY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Timothy Leroy Fortune II, proceeding *pro se*, filed the above-captioned case under 42 U.S.C. § 1983 complaining of alleged deprivations of his constitutional rights. Docket No. 1. The above-captioned case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On August 28, 2025, Plaintiff was ordered, within thirty days, to either pay the statutory $405.00 filing fee or furnish a properly certified *in forma pauperis* data sheet or inmate account summary sheet. Docket No. 3. Plaintiff failed to comply with the order.

Therefore, on November 5, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the above lawsuit be dismissed without prejudice for failure to obey an order of the Court. Docket No. 5 (further advising Plaintiff that if he failed the trust fund data sheet within the objection period the Magistrate Judge would withdraw the Report and Recommendation and consider the data sheet in conjunction with Plaintiff's application for leave to proceed *in forma pauperis*). Plaintiff received a copy of the Report on November 12, 2025. *See* Docket No. 6. As of this date, no objections to the Report and Recommendation have been filed.

Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions, and

recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report of the Magistrate Judge (Docket No. 5) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** for failure to obey an order of the Court.

**So ORDERED and SIGNED this 23rd day of December, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE